UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF a white envelope Postmarked Saint Louis, MO15 October, 2019, addressed to Kalin Thomas # 13281130, HU 3C13, 18701 Old Highway 66, MDCC, Pacific, MO. | )<br>)<br>)<br>)   No. 1:19MJ4271ACL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS**

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Timothy J. Willis, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant(s), along with the application, affidavit, return and other related documents filed in this matter.

Respectfully submitted,

Sayler A. Fleming
United States Attorney


/s/ Tim J. Willis
Tim J. Willis, #62428MO
Assistant United States Attorney

Signed this 1st day of June, 2021